IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, | Case No.  1:07-CV-00950-AWI-DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER DISMISSING PARTY DEFENDANT |
| CHAMPION ENTERPRISES, INC. dba CHAMPION HOME BUILDERS CO., JIM JUSTICE, and DOES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties herein that individual defendant, JIM JUSTICE, be dismissed, without prejudice from this action.

DATED: 10-8-07                              /s/ LEO A. AKULIAN_____
                                            LEO A. AKULIAN, Attorney for Plaintiff,
                                            Michael Martin


DATED: 10-5-07                              /s/ DANIEL J. CRAVENS_____
                                            DANIEL J. CRAVENS, Attorney for
                                            Defendant

## **ORDER**

**IT IS HEREBY ORDERED** that individual defendant, JIM JUSTICE, be and hereby is

dismissed, without prejudice, from the above captioned action.

IT IS SO ORDERED.

**Dated:   October 9, 2007**                _____/s/ Anthony W. Ishii_____
                                            UNITED STATES DISTRICT JUDGE