IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN,              ) | 1:07cv0950 DLB |
|                              ) | |
|                              ) | ORDER GRANTING DEFENDANT'S |
|                              ) | MOTION TO COMPEL AND |
|           Plaintiff,         ) | AWARDING SANCTIONS |
|                              ) | |
|      vs.                     ) | (Document 26) |
|                              ) | |
| CHAMPION ENTERPRISES, INC., et al., ) | |
|                              ) | |
|                              ) | |
|           Defendants.        ) | |

    Defendant Champion Enterprises, Inc. ("Defendant") filed the instant motion to compel on December 31, 2007. Pursuant to Local Rule 78-230(h), the Court deemed the matter suitable for decision without oral argument.

    Defendant is seeking responses to its First Set of Requests for Production of Documents and First Set of Interrogatories. Plaintiff Michael Martin ("Plaintiff") filed insufficient responses to the request for production of documents and failed to provide any responses to the request for interrogatories. In the parties' joint statement, Plaintiff's counsel stated that he did not dispute Defendant's contentions and would respond to discovery "at or before the hearing set for January 25, 2008." Plaintiff has not done so.

    Accordingly, Defendant's motion is GRANTED. Plaintiff shall provide responses, without objection, to the requested discovery. Pursuant to the Declaration of Gilbert Tsai

1

submitted on January 24, 2008, Defendant has incurred costs in the amount of $2,279.50 in preparation of this motion to compel.  The Court therefore AWARDS sanctions in the amount of $2,279.50 against Plaintiff.  This amount must be paid to Defendant within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 25, 2008**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2