1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

MICHAEL MARTIN,                          )        1:07cv0950 DLB
10                                        )
                                          )        ORDER GRANTING STIPULATION
11                                        )        TO DISMISS ACTION
                Plaintiff,                )
12                                        )
         vs.                              )        (Document 35)
13                                        )
CHAMPION ENTERPRISES, INC., et al.,       )
14                                        )
                                          )
15              Defendants.               )
_____  )
16

17        Pursuant to the stipulation of dismissal filed by the parties on May 19, 2008, this action is

18  DISMISSED WITH PREJUDICE as to all causes of action and all defendants pursuant to Federal

    Rule of Civil Procedure 41(a)(1).  Each party shall bear its own costs and attorneys' fees.
19

20
          IT IS SO ORDERED.
21
          Dated:   **June 6, 2008**          _____/s/ **Dennis L. Beck**_____
22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                          1